# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| CHESTER L. HELDERMAN II,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION, SOLUTIONS, INC.<br><br>Defendant. | Case No. 8:23-cv-00954-CJC-KES<br>Hon. Cormac J. Carney<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

AND NOW, this 7th Day of September 2023, it is hereby ORDERED that pursuant to the Stipulation to Dismiss Defendant Experian Information Solutions, Inc. Without Prejudice, this action is DISMISSED WITHOUT PREJUDICE, with each party to bear their own attorney's fees, costs, and expenses incurred.

_____
Hon Cormac J. Carney
United States District Court Judge